AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Campaign Legal Center | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-588 |
| Federal Election Commission | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, the Institute for Free Speech                               .

Date:   05/29/2020                         /s/ Zac Morgan
                                                                *Attorney's signature*

                                             Zac Morgan (No. 1032211)
                                             *Printed name and bar number*

                                             Institute for Free Speech
                                             1150 Connecticut Ave., N.W., #801
                                             Washington, D.C. 20036
                                             *Address*

                                             zmorgan@ifs.org
                                             *E-mail address*

                                             (202) 301-3300
                                             *Telephone number*

                                             (202) 301-3399
                                             *FAX number*